# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156849(141)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAFAELI, LLC, and ANDRE
OHANESSIAN,
      Plaintiffs-Appellants,

v

    SC: 156849
    COA: 330696
    Oakland CC: 2015-147429-CZ

OAKLAND COUNTY and ANDREW
MEISNER,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion to strike the response of defendants-appellees to the plaintiffs-appellants' supplemental authority is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2020



Clerk